No. 729. HARRISS ET AL. *v.* INDEMNITY INSURANCE CO. ET AL. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Warner Pyne* for petitioners. *Mr. James I. Cuff* for respondents.

No. 658. MIDDLE STATES PETROLEUM CORP. *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Thaddeus G. Benton* and *Conrad E. Cooper* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Guy Patten* for the United States.

No. 663. BOTHWELL ET AL., RECEIVERS, *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Walter J. Carrico* for petitioners. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch* and *Guy Patten* for the United States.

No. 701. HYLAND *v.* MILLERS NATIONAL INSURANCE CO. ET AL. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William S. Graham* for petitioner. *Messrs. Jewel Alexander, Percy V. Long* and *Wm. H. Orrick* for respondents.

No. 703. BULL, EXECUTOR *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. David A. Buckley, Jr.* for peti-